# United States Court of Appeals for the Fifth Circuit

No. 26-30052
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 7, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

BRANDON JERMAINE FRANCISCO,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:24-CR-249-1

Before WILLETT, DUNCAN, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Brandon Jermaine Francisco has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Francisco has not filed a response. We have reviewed counsel's brief and the relevant portions of the record. Regardless of whether

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 26-30052

Francisco's appeal waiver is applied, there is no nonfrivolous issue for appellate review.

The amended judgment contains two clerical errors, however. First, it indicates that counts were dismissed on the motion of the Government but does not identify those counts. Second, Francisco pleaded guilty to Count 1 of the superseding indictment, but the amended judgment indicates that he pleaded guilty to Count 1 of the "indictment."

Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. The case is REMANDED to the district court for the limited purpose of correcting the clerical errors in the amended judgment. *See* FED. R. CRIM. P. 36.